UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61850-CIV-COHN/SELTZER

JAMES MEARS,

    Plaintiff,

v.

PA DEGENNARO'S, INC., et al.,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 21] ("Motion"). The Court has considered the Motion and the record in this case, and is otherwise advised in the premises.

It is accordingly **ORDERED AND ADJUDGED** as follows:

1. The Parties' Motion, entitled Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 21], is **GRANTED**.

2. The Court finds the Consent Decree [DE 21-1] to be fundamentally fair, adequate, and reasonable to improve access for persons with disabilities at the property at issue. Accordingly, the Settlement Agreement is hereby **APPROVED**.

3. This action is **DISMISSED with prejudice**, with each party to bear its own fees and costs except as detailed in the Consent Decree.

4. The Court retains jurisdiction to enforce the terms of the Consent Decree.

5. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2015.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF